1  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: Adrienne.Publicover@WilsonElser.com
2  DENNIS J. RHODES (SBN 168417)
   Email: Dennis.Rhodes@WilsonElser.com
3  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA 94105
5  Tel: (415) 433-0990 / Fax: (415) 434-1370

6  Attorney for Defendant
   SUN LIFE AND HEALTH INSURANCE COMPANY (U.S.)
7  formerly GE GROUP LIFE ASSURANCE COMPANY

8

9  KATHRYN C. CURRY (SBN 157099)
   Email: kcurry@gcalaw.com
10 SALLIE KIM (SBN 142781)
   Email: skim@gcalaw.com
11 GCA LAW PARTNERS LLP
   1891 Landings Drive
12 Mountain View, CA 94043
   Tel: (650) 428-3900 / Fax: (650) 428-3901
13
   Attorneys for Plaintiff
14 MAYA ARMOUR

** E-filed February 10, 2010 **

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA ARMOUR,<br><br>    Plaintiff,<br><br>    v.<br><br>IP UNITY LONG TERM DISABILITY PLAN; SUN LIFE AND HEALTH INSURANCE COMPANY (U.S.), formerly GE GROUP LIFE ASSURANCE COMPANY; and DOES 1 through 50,<br><br>    Defendants, | Case No.: CV10-00189 HRL<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**<br><br>[Local Rule 6-1] |

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1, by and between Plaintiff Maya Armour and Defendant Sun Life And Health Insurance Company (U.S.) formerly GE Group Life Assurance Company ("Sun Life"), through their attorneys of record, as follows:

---

1

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER
USDC NDCA Case #CV10-00189 HRL
513951.1

1. The response of Defendant Sun Life to plaintiff's Complaint is currently due on or before February 8, 2010;

2. The parties have agreed that Defendant Sun Life Insurance Company may have a 14 day extension, to and including February 22, 2010 to answer or otherwise respond to the Complaint herein; and

3. This extension will not alter the date of any event or any deadline already fixed by Court order.

Date: February 9, 2010

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/ Adrienne C. Publicover
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES
Attorney for Defendant
SUN LIFE AND HEALTH INSURANCE
COMPANY (U.S.) formerly GE GROUP LIFE
ASSURANCE COMPANY

Date: February 9, 2010

GCA LAW PARTNERS LLP

By: /s/ Kathryn C. Curry
KATHRYN C. CURRY
SALLIE KIM
Attorneys for Plaintiff
MAYA ARMOUR

**ORDER**

**IT IS SO ORDERED.**

Date: February 10, 2010

By: [signature]
HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE