KATHRYN C. CURRY (SBN 157099)
SALLIE KIM (SBN 142781)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
Email: kcurry@gcalaw.com
skim@gcalaw.com

Attorneys for Plaintiff, MAYA ARMOUR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA ARMOUR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IP UNITY LONG TERM DISABILITY PLAN; SUN LIFE AND HEALTH INSURANCE COMPANY (U.S.), formerly GE GROUP LIFE ASSURANCE COMPANY; and DOES 1 through 50;<br><br>Defendants. | CASE NO. C10 00189 HRL<br><br>**[PROPOSED] ORDER DISMISSING DEFENDANT IP UNITY LONG TERM DISABILITY PLAN WITHOUT PREJUDICE** |

Pursuant to the Stipulation filed by the parties on February 26, 2010 (Docket No. 11), Defendant IP Unity Long Term Disability Plan (the "Plan") is hereby dismissed from this action without prejudice, with the parties to bear their own attorneys' fees and costs directly related to the Stipulation and the dismissal of the Plan.

**IT IS SO ORDERED**.

Dated: 3/15/10

~~Magistrate Howard R. Lloyd~~
Jeremy Fogel, United States District Judge

**[PROPOSED] ORDER DISMISSING IP UNITY PLAN**