ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (168417)
Email: Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990 / Fax: (415) 434-1370

\*\*E-Filed 7/15/2010\*\*

Attorney for Defendant
SUN LIFE AND HEALTH INSURANCE COMPANY (U.S.)
formerly GE GROUP LIFE ASSURANCE COMPANY

KATHRYN C. CURRY (SBN 157099)
SALLIE KIM (SBN 142781)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Tel: (650) 428-3900
Fax: (650) 428-3901

Attorneys for Plaintiff
MAYA ARMOUR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA ARMOUR,<br><br>    Plaintiff,<br><br>v.<br><br>IP UNITY LONG TERM DISABILITY PLAN; SUN LIFE AND HEALTH INSURANCE COMPANY (U.S.), formerly GE GROUP LIFE ASSURANCE COMPANY; and DOES 1 through 50,<br><br>    Defendants, | Case No.: CV10-00189 JF<br><br>**STIPULATION FOR AN ORDER TO EXTEND TIME TO COMPLETE MEDIATION** |

    **IT IS HEREBY STIPULATED**, pursuant to Local Rule 7-12, by and between Plaintiff Maya Armour and Defendants, Sun Life and Health Insurance Company (U.S.)through their

---

1
STIPULATION FOR AN ORDER TO EXTEND TIME TO COMPLETE MEDIATION
USDC NDCA CV10-00189 JF
557544.1

attorneys of record, that the deadline to complete mediation currently set for July _ , 2010, be continued to August 31, 2010, to permit the parties sufficient time to schedule and complete mediation. Due to Defendant's scheduling conflicts, the additional time is needed to schedule and complete mediation.

Date: July 2, 2010

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Dennis J. Rhodes
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES
Attorney for Defendant
SUN LIFE AND HEALTH INSURANCE COMPANY (U.S.) formerly GE GROUP LIFE ASSURANCE COMPANY

Dated: July 2, 2010

GCA LAW PARTNERS LLP

By: /s/ Kathryn C. Curry
Kathryn C. Curry
Attorneys for Plaintiff
MAYA ARMOUR

## ORDER

Pursuant to the stipulation of the parties, the deadline to complete mediation is continued to August 31, 2010.

**IT IS SO ORDERED.**

Date: 7/15/2010        By: _____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**
*Maya Armour v. IP Unity Long Term Disability Plan, et al.*
*USDC NDCA Case #CV10-00189 JF*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION FOR AN ORDER TO EXTEND TIME TO COMPLETE MEDIATION**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐ : **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ : **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ : **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

☐ : **By Fax Transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which was printed out, is attached.

☒ : **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

Kathryn C. Curry, Esq.*Attorneys for Plaintiff*
Sallie Kim, Esq.*MAYA ARMOUR*
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Tel: (650) 428-3900
Fax: (650) 428-3901

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. EXECUTED on **July 2, 2010**, at San Francisco, California.

*/s/ Stacey Muller*
Stacey Muller

2
CERTIFICATE OF SERVICE

USDC NDCA Case #CV10-00189 JF
520782.1