**E-Filed 12/6/10**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAYA ARMOUR, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>IP UNITY LONG TERM DISABILITY PLAN; SUN LIFE AND HEALTH INSURANCE COMPANY (U.S.), formerly GE GROUP LIFE ASSURANCE COMPANY; and DOES 1 through 50;<br><br>        Defendants. | Case Number 5:10-cv-00189 JF/HRL<br><br>**ORDER[1] (1) REQUESTING SUPPLEMENTAL DECLARATIONS REGARDING MOTION TO WITHDRAW AS COUNSEL AND (2) GRANTING LEAVE TO FILE DECLARATIONS UNDER SEAL** |

    GCA Law Partners LLP ("GCA") moves to withdraw as counsel of record for Plaintiff Maya Armour ("Plaintiff"). A hearing on the instant motion is set for December 10, 2010. In this ERISA action, Plaintiff – with representation by GCA – reached a settlement in principle with Defendant Sun Life and Health Insurance Company ("Sun Life"). GCA asserts that Plaintiff subsequently has constructively terminated its representation, that its relationship with Plaintiff

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:10-cv-00189 JF/HRL
ORDER REQUESTING SUPPLEMENTAL DECLARATIONS REGARDING MOTION TO WITHDRAW AS COUNSEL, ETC.
(JFEX1)

1   has deteriorated to the point to which it can no longer represent her, that Plaintiff has made
2   continued representation unreasonable, and that there is potential conflict of interest between it
3   and Plaintiff that requires withdrawal.  Plaintiff opposes the motion, disclosing that her dispute
4   with GCA involves an "anticipated" disagreement concerning attorneys' fees.  Plaintiff contends
5   that the instant motion should be denied and that the dispute should be resolved through the
6   Santa Clara County Bar Association's fee arbitration procedures after the settlement agreement
7   with Sun Life has been finalized.  From the current record, the Court is unable to determine
8   whether the dispute concerns an unambiguous agreement to pay attorneys fees or the amount of
9   fees that actually are owed under the agreement.

10          Accordingly, GCA shall submit a supplemental declaration addressing the Court's
11  concerns so that the Court may conduct an *in camera* review of the facts necessary to resolve the
12  instant motion.  Plaintiff also may submit a supplemental declaration in support of her opposition
13  to the motion.  To protect Plaintiff's confidences, the declarations shall be filed under seal
14  pursuant to Civil Local Rule 79-5.  The declarations shall be filed on or before December 8, 2010
15  at 11:59 pm.

17  **IT IS SO ORDERED.**

19  DATED: 12/6/10

    _____
    JEREMY FOGEL
    United States District Judge

2

Case No. 5:10-cv-00189 JF/HRL
ORDER REQUESTING SUPPLEMENTAL DECLARATIONS REGARDING MOTION TO WITHDRAW AS
COUNSEL, ETC.
(JFEX1)

1. This order was served upon the following persons:

| | | |
|---|---|---|
| 2 | Adrienne Clare Publicover | Adrienne.Publicover@WilsonElser.com |
| 3 | Charan Higbee | Charan.Higbee@WilsonElser.com |
| 4 | Marissa Otellini | Marissa.Otellini@WilsonElser.com |
| 5 | Dennis J. Rhodes | Dennis.Rhodes@WilsonElser.com |
| 6 | Stacey Muller | Stacey.Muller@WilsonElser.com |
| 7 | Kathryn C. Curry | kcurry@gcalaw.com; ternst@gcalaw.com |
| 8 | Sallie Kim | skim@gcalaw.com |
| 9 | Maya Armour | 1736 Middlefield Road<br>Palo Alto, CA 94301 |

3

Case No. 5:10-cv-00189 JF/HRL
ORDER REQUESTING SUPPLEMENTAL DECLARATIONS REGARDING MOTION TO WITHDRAW AS COUNSEL, ETC.
(JFEX1)