**E-Filed 12/10/10**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAYA ARMOUR, an individual, | Case Number 5:10-cv-00189 JF/HRL |
| Plaintiff, | **ORDER[1] GRANTING MOTION TO WITHDRAW** |
| v. | |
| IP UNITY LONG TERM DISABILITY PLAN; SUN LIFE AND HEALTH INSURANCE COMPANY (U.S.), formerly GE GROUP LIFE ASSURANCE COMPANY; and DOES 1 through 50; | |
| Defendants. | |

GCA Law Partners LLP ("GCA") moves to withdraw as counsel of record for Plaintiff Maya Armour ("Armour"). Armour opposes the motion. The Court has considered the moving papers, declarations of GCA and Armour, and oral arguments presented at the hearing on December 10, 2010. For the reasons discussed below, the motion will be granted.

## I. DISCUSSION

Counsel shall not withdraw from an action until relieved by order of the Court after reasonable advance written notice has been given to the client and to all other parties who have

---

[1] This disposition is not designated for publication in the official reports.

1  appeared in the case. Cɪᴠ. L. R. 11-5(a). The instant motion was filed and served on November
2  5, 2010, and Armour responded to the motion on the same day. Accordingly, the Court finds that
3  GCA has provided reasonable advance written notice.
4     In the Northern District of California, the conduct of counsel is governed by the standards
5  of professional conduct required of members of the State Bar of California, including the Rules
6  of Professional Conduct of the State Bar of California. *Elan Transdermal Limited v. Cygnus*
7  *Therapeutic Systems*, 809 F. Supp. 1383, 1387 (N.D. Cal. 1992). Under those standards, an
8  attorney may request permission to withdraw if the client's conduct "renders it unreasonably
9  difficult for the member to carry out the employment effectively," "[t]he client knowingly and
10 freely assents to termination of the employment," or "[t]he [attorney] believes in good faith, in a
11 proceeding pending before a tribunal, that the tribunal will find the existence of [] good cause for
12 withdrawal." Cal. Rules of Prof. Conduct, Rule 3-700(C)(1)(d), (C)(5), (C)(6).
13    GCA and Armour have submitted sealed declarations describing their respective views
14 concerning the current status of their relationship. Having reviewed the declarations *in camera*,
15 the Court determines that the attorney-client relationship has deteriorated to the point at which
16 the representation no longer can be effective, and accordingly it will grant the instant motion. In
17 so doing, the Court does not assign responsibility or fault. Armour believes that "the true
18 motivation for [GCA]'s motion is an anticipatory disagreement concerning attorneys' fees."
19 (Docket No. 61.) The Court expresses no opinion as to attorneys' fees, as no motion concerning
20 attorneys' fees is before it, and such a motion would not appear to be ripe for determination at
21 this time. However, because a fee dispute appears to be imminent, GCA and Armour are
22 encouraged at this time to avail themselves of the fee arbitration services of the Santa Clara Bar
23 Association.

24                                    **II. ORDER**
25    Good cause therefor appearing, the instant motion is GRANTED.

26
27 DATED: 12/10/10                    _____
                                      JEREMY FOGEL
                                      United States District Judge
28

Case No. 5:10-cv-00189 JF/HRL
ORDER GRANTING MOTION TO WITHDRAW
(JFEX1)

1  This order was served upon the following persons:

2  Adrienne Clare Publicover   Adrienne.Publicover@WilsonElser.com

3  Charan Higbee   Charan.Higbee@WilsonElser.com

4  Marissa Otellini   Marissa.Otellini@WilsonElser.com

5  Dennis J. Rhodes   Dennis.Rhodes@WilsonElser.com

6  Stacey Muller   Stacey.Muller@WilsonElser.com

7  Kathryn C. Curry   kcurry@gcalaw.com; ternst@gcalaw.com

8  Sallie Kim   skim@gcalaw.com

9  Maya Armour   1736 Middlefield Road
              Palo Alto, CA 94301

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:10-cv-00189 JF/HRL
ORDER GRANTING MOTION TO WITHDRAW
(JFEX1)