ADRIENNE C. PUBLICOVER  (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES  (SBN 168417)
Email: Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

Attorney for Defendant
SUN LIFE AND HEALTH INSURANCE COMPANY (U.S.)
formerly GE GROUP LIFE ASSURANCE COMPANY

MAYA ARMOUR
Email: maya.armour@comcast.net
1736 Middlefield Road
Palo Alto, CA 94301
Tel: (650) 325-6292
In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYA ARMOUR,<br><br>            Plaintiff,<br><br>     v.<br><br>IP UNITY LONG TERM DISABILITY PLAN; SUN LIFE AND HEALTH INSURANCE COMPANY (U.S.), formerly GE GROUP LIFE ASSURANCE COMPANY; and DOES 1 through 50,<br><br>            Defendants. | Case No.: CV10-00189 JF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: The Honorable Jeremy Fogel<br>Location: San Jose, CA<br>Courtroom: 3 |

Defendant Sun Life and Health Insurance Company (U.S.) ("Sun Life"), by and through its attorneys of record and plaintiff Maya Armour ("Plaintiff"), In Pro Per, (collectively Sun Life and Plaintiff referred to hereinafter as "the Parties"), hereby stipulate that the above-captioned matter and all claims of relief therein can be dismissed with prejudice in its entirety as to all parties pursuant to

---
1
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON
USDC NDCA Case # CV10-00189 JF
654511.1

1 | the parties' agreement to resolve the claim. Each party to bear its own fees and costs.

2

3 | Dated: MAY 5, 2011                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

4                                    By:  /s/ Dennis J. Rhodes
5                                         ADRIENNE C. PUBLICOVER
                                          DENNIS J. RHODES
6                                         Attorney for Defendant
                                          SUN LIFE AND HEALTH INSURANCE
7                                         COMPANY (U.S.) formerly GE GROUP LIFE
                                          ASSURANCE COMPANY

8

9

10 | Dated: MAY 5, 2011               By:  *[signature]*
11                                         MAYA ARMOUR
                                           In Pro Per

12

13

14

15                                        **ORDER**

16

17 | IT IS SO ORDERED.

18

19 | Date: 5/5/11                      By:  *[signature]*
20                                         HONORABLE JEREMY FOGEL
                                           UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

---

2
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON
USDC NDCA Case # CV10-00189 JF
654511.1